IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDELL GREEN,

    Plaintiff,                    No. CIV S-06-1000 DFL DAD P

    vs.

S. WHITTACH,

    Defendant.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed in forma pauperis.

        In his complaint, plaintiff states that he is incarcerated at Kern Valley State Prison in Delano and was confined at that institution during the times relevant to his complaint. Plaintiff alleges violations of his civil rights by defendant Whittach, the inmate appeals coordinator at California Correctional Institution in Tehachapi.

        The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). Therefore, this action will be transferred to the Fresno Division of the court.

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1.  This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and

4     2.  All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6           United States District Court
            Eastern District of California
7           2500 Tulare Street
            Fresno, CA 93721
8

9  DATED: May 30, 2006.

10

11                                       _____
                                         DALE A. DROZD
12                                       UNITED STATES MAGISTRATE JUDGE

13

14  DAD:13:bb
    gree1000.22
15

16

17

18

19

20

21

22

23

24

25

26

2